THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* AL C. BENNETT, Defendant-Appellant.

(No. 59735;

First District (4th Division)—July 10, 1974.

Opinion by Mr. JUSTICE JOHNSON.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* PEDRO CARRION, Petitioner-Appellant.

(No. 59123;

First District (2nd Division)—June 28, 1974.